1

HONORABLE RONALD B. LEIGHTON

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

9 | WHITE OAK PARTNERS II, LLC,

CASE NO. C14-5911 RBL

Plaintiff,

ORDER DENYING PERMISSION
TO APPEAL IFP

10

11

v.

12 | HERITAGE FINANCIAL
CORPORATION et al.,

DKT. #29

13

Defendants.

14

15    THIS MATTER is before the Court on Plaintiff White Oak's Motion [Dkt. #29] for

16 Leave to Proceed *in forma pauperis* on his appeal of this Court's Order [Dkt. # 20] dismissing

17 his claims against Defendants Heritage Financial Corporation and Heritage Bank. This case

18 involves whether Heritage owes White Oak relief for refusing to extend it a line of credit seven

19 times Heritage's lending limit (to be secured by "four barrels of uncut emeralds") that it had

20 determined was based on incomplete and forged paperwork. White Oak's "agent," Emiel Kandi,

21 asks for permission to appeal *in forma pauperis* because he lacks sufficient liquid assets.

22    This Court must determine whether White Oak's appeal is frivolous or taken in bad faith.

23 *See* 28 U.S.C. § 1915(c). A court should "deny leave to proceed *in forma pauperis* at the outset if

24 it appears from the face of the proposed complaint that the action is frivolous or without merit."

ORDER DENYING PERMISSION TO APPEAL
IFP - 1

1    *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir. 1987) (citations omitted); *see*

2    *also* 28 U.S.C. § 1915(e)(2)(B)(i).

3        White Oak's claims are frivolous and without merit for the reasons articulated in this

4    Court's prior Order. Accordingly, White Oak's Motion to proceed *in forma pauperis* is

5    DENIED. [Dkt. #29].

6        IT IS SO ORDERED.

7        Dated this 12th day of February, 2016.

8

9                    Ronald B. Leighton

10                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DKT. #29 - 2